# UNITED STATES DISTRICT COURT

## for the DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. 23-356 (JXN) |
| Plaintiff, | |
| v. | **ORDER** |
| MARC LAZARRE, | |
| Defendant. | |

**THIS MATTER**, having been opened to this Court by Julian Wilsey, Esq., as counsel for defendant, Marc Lazarre, and for good cause having been shown:

**IT IS ON THIS** \_\_20th\_\_ day of February, 2024;

**ORDERED** that the Essex County Correctional Facility permit Marc Lazarre full access to the electronic discovery in this matter, including access to the law library and a computer, for at least two (2) hours on three (3) weekdays per week;* and it is

**FURTHER ORDERED** that this Order shall remain in full effect and force and shall apply to any future facilities in the even Mr. Lazarre is transferred to another facility.

Honorable Julien X. Neals
United States District Judge

\* CO-EXTENSIVE WITH ANY DISCOVERY TIME PERIOD SET FORTH IN THE COURT'S SCHEDULING ORDER IN EFFECT.