<table>
<tr><td>Julian Wilsey, Esq.</td><td align="center">**The Dratch Law Firm, P.C.**<br>Attorneys At Law<br>P.O. Box 472<br>354 Eisenhower Parkway<br>Plaza Two<br>Livingston, New Jersey  07039-0472</td><td>OF COUNSEL<br>Richard E. Mischel*<br>Adam D. Dratch*</td></tr>
<tr><td>New York Office<br>233 Broadway/Suite 1800<br>New York, NY 10279<br>(212) 571-1808<br>Please contact NJ office<br><br>WEBSITE:<br>www.njcounsel.com</td><td align="center">Main Office: (973) 992-3700<br>Facsimile:   (973) 992-7945<br><br>Writer's Email: jwilsey@njcounsel.com<br>Writer's Direct Number: (973) 533-7272</td><td>* NJ & NY BAR</td></tr>
</table>

April 25, 2024

**Via ECF**
Honorable Julien X. Neals, U.S.D.J.
MLK Jr Federal Building
50 Walnut Street
Newark, NJ  07101

    Re:     United States v. Marc Lazarre
    Case No:  23-cr-00356-JXN

Dear Judge Neals:

    On or about October 4, 2023, Mr. Lazarre's then counsel, Federal Public Defender Adalgiza Nunez, filed a Motion to Revoke Order of Detention (Docket Entry ("DE") 68.) The Government filed opposition on or about October 19, 2023 (DE 70), and Ms. Nunez filed a reply to that opposition on or about October 19, 2023 (DE 71.)

    Thereafter, in a February 6, 2024 email to Your Honor's Courtroom Deputy, AUSA Matthew J. Belgiovine noted in conjunction with transmitting proposed scheduling and Continuance Orders, that he and I "would also like to get a hearing date for the pending bail motion." In addition to the proposed orders being attached to that email, AUSA Begiovine also attached copies of the motion briefs.

    I am submitting this letter to renew that request.

                                            Respectfully submitted,

                                            Julian Wilsey, Esq.

JW:fc

   cc:   Marc Lazarre (via regular mail)
          AUSA Matthew J. Belgiovine (via ECF and email)